**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7583**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RANDY FALLS,

Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert D. Potter, Senior District Judge. (CR-92-180-P, CA-96-300-3-P)

---

Submitted: May 15, 1997                    Decided: May 28, 1997

---

Before RUSSELL, HALL, and HAMILTON, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Randy Falls, Appellant Pro Se. Robert Jack Higdon, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Randy Falls seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Falls</u>, Nos. CR-92-180-P; CA-96-300-3-P (W.D.N.C. Aug. 7, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>